**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**SOUTHERN DISTRICT OF TEXAS**

**Notice of Electronic Filing**

The following transaction was entered on 10/21/2022 at 10:06 AM CDT and filed on 10/6/2022

| | |
|---|---|
| **Case Name:** | Oliver v. Jack Henry & Associates, Inc. |
| **Case Number:** | 4:22-cv-01309 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*Set/Reset Deadlines/Hearings: Jury Trial set for 10/16/2023 at 09:00 AM in Courtroom 9A before Judge Alfred H Bennett (ledwards, 4)**

**4:22-cv-01309 Notice has been electronically mailed to:**

Katrina S Patrick     katrina@voiceoftheemployees.com, assistant@VoiceOfTheEmployees.com, katrina@VoiceOfTheEmployees.com, katrinapatrick@aol.com

Tracey R Wallace     Tracey.Wallace@jacksonlewis.com, dallasdocketing@jacksonlewis.com, lizzette.smoots@jacksonlewis.com, tracey-wallace-8589@ecf.pacerpro.com

**4:22-cv-01309 Notice has not been electronically mailed to:**