UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| FRANCINE TAYLOR | § | |
| | § | |
| v. | § | CIVIL NO. 4:22-CV-557-SDJ |
| | § | |
| JACK HENRY & ASSOCIATES, INC. | § § | |

## **ORDER**

The Court has received Plaintiff's Opposed Motion to Substitute Counsel, (Dkt. #28). It is **ORDERED** that Defendant shall submit any opposition to the motion by **Wednesday, June 14, 2023**.

**So ORDERED and SIGNED this 7th day of June, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE