**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **FRANCINE TAYLOR** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:22-CV-00557-SDJ** |
| | § | |
| **JACK HENRY & ASSOCIATES, INC.** | § | |
| | § | |
| **Defendant.** | § | |

## DEFENDANT'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO SUBSTITUTE COUNSEL

Defendant Jack Henry & Associates, Inc. ("Defendant") files this Notice advising the Court that it does not oppose Plaintiff's Motion to Substitute Counsel (dkt. 28).  The motion notes that Plaintiff's counsel left a voicemail message on June 2, 2023 related to the motion.  However, defense counsel was out of the office on June 2 and was unable to return the telephone call prior to Plaintiff's counsel filing the motion to substitute counsel.  Nonetheless, Defendant does not oppose Plaintiff's request to substitute counsel.

Respectfully submitted,


 /s/  Victor N. Corpuz
Victor N. Corpuz
Tex. Bar No. 04838450
Victor.Corpuz@jacksonlewis.com
Mehreen Mazhar
State Bar No. 24096992
Mehreen.Mazhar@jacksonlewis.com

JACKSON LEWIS P.C.
500 N. Akard, Suite 2500
Dallas, Texas 75201
Telephone: (214) 520-2400
Facsimile:  (214) 520-2008

**ATTORNEYS FOR DEFENDANT**


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Texas, on June 14, 2023, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

David M. Curtis
David M. Curtis & Associates, PC
381 Casa Linda Plaza, Suite 103
Dallas, TX 75218
david@laborassociates.com


/s/ Victor N. Corpuz
Victor N. Corpuz