UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| FRANCINE TAYLOR | § § | |
| Plaintiff | § § | No. 4:22-cv-00557 |
| JACK HENRY & ASSOCIATES, INC. | § § | |
| Defendant. | § § | <u>JURY TRIAL DEMANDED</u> |

# <u>APPEARANCE OF COUNSEL</u>

To:   The Clerk of This Court and all parties of record

    I am admitted to practice in this Court, and I appear in this case as counsel for Plaintiff, Francine Taylor.

Date:  July 4, 2023

                Respectfully submitted,

                 /s/ David M. Curtis
                David M. Curtis
                State Bar No. 5270930
              ***DAVID M. CURTIS &ASSOCIATES, PC***
              381 CASA LINDA PLAZA
              STE. 103
              DALLAS, TEXAS 75218
              Telephone: (833) 444-4714
              Facsimile:  (800) 532-2501
              Mobile:      (214-244-4714)
              Email:         david@laborassociates.com
              **ATTORNEYS FOR PLAINTIFF**

CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the above and foregoing was electronically filed with the Clerk for the U. S. District Court, Eastern District of Texas on July 4, 2023, using the electronic case filing system of the Court and the electronic case filing system sent a "Notice of Electronic Filing" to the following counsel of record who have consented in writing to accept this Notice as service of this document by electronic means:

Victor N. Corpuz
Victor.Corpuz@jacksonlewis.com
Jackson Lewis
500 N. Akard
Dallas, TX. 75201

                                                       /s/ David M. Curtis
                                                       David M. Curtis